## BONE *v.* UNITED STATES.

No. 716, Misc.   Decided June 17, 1963.

Petitioner *pro se.*

*Solicitor General Cox, Assistant Attorney General Miller, Beatrice Rosenberg* and *Richard W. Schmude* for the United States.

PER CURIAM.

The motion for leave to proceed *in forma pauperis* and the petition for writ of certiorari are granted. The judgment is vacated and the case is remanded for further consideration in light of *Sanders* v. *United States,* 373 U. S. 1.

MR. JUSTICE CLARK and MR. JUSTICE HARLAN would deny certiorari on the basis of their dissent in *Sanders* v. *United States,* 373 U. S., at 23.